UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:96-cr-70-FtM-29DNF

MARGARITO ROSAS DIAZ

_____

REVOCATION OF SUPERVISED RELEASE
AND JUDGMENT AND COMMITMENT

On June 30, 2006 the Assistant United States Attorney Doug Molloy and the defendant, Margerito Rosas Diaz, with counsel Russell Rosenthal appeared before the Court. Margerito Rosas Diaz was sentenced on June 10, 1007 for the offense of Conspiracy to Possess with Intent to Distribute Cocaine and Possession with Intent to Distribute Cocaine and received a sentence imposing 64 months incarceration followed by a five year term of supervised release.  The Probation Officer of this Court has petitioned the Court to revoke the supervised release previously entered.

After being advised of his rights, the defendant admitted facts regarding the violations in the Petition, which the Court found to constitute a violation of supervised release.  The Court finds, after hearing from both counsel and the defendant, that the defendant has violated the terms of the Supervised Release for the reasons stated in the Petition.

It is, therefore, **ORDERED AND ADJUDGED:**

1. The Petition (Doc. #245) is **GRANTED.**

2. Supervised Release is **REVOKED** and the defendant **Margerito Rosas Diaz** is hereby committed to the custody of the Bureau of Prisons or its authorized representative for **IMPRISONMENT** for a period of **One Year and One Day** or until the defendant is otherwise discharged as provided by law.

-1-

3. The Court recommends that the defendant be housed in a facility as close to family (Southern District of California) as possible.

4. A term of **Two Years Less One Day** Supervised Release is reimposed.

5. The defendant is **REMANDED** to the custody of the United States Marshal Service to await designation of a facility.

It is further **ORDERED** that the Clerk deliver a certified copy of this Revocation of Supervised Release and Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

**DONE** and **ORDERED** at Fort Myers, Florida this 3rd day of July, 2006

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record
U.S. Marshal
Probation